# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

April 10, 2014

Lyle W. Cayce
Clerk

No. 13-60370
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DENIS AGBOR AGBOR,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:12-CR-11-1

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Denis Agbor Agbor appeals his concurrent 16-month sentences for falsely representing himself as a United States citizen and using the identification of another to commit unlawful activity. He asserts that the district court erroneously applied the guidelines sentencing enhancement in U.S.S.G. § 2B1.1(b)(11)(C)(i) to determine his sentence. Agbor completed his term of imprisonment and was released by the Bureau of Prisons on December 31,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-60370

2013.  He was not sentenced to a term of supervised release.  Because he "has completed the confinement portion of his sentence, any argument that the prison term should be reduced is moot."  *United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382 (5th Cir. 2007).

DISMISSED.